**No. 69456.**—Robert Bosch Corp. *v.* United States, protests 60/9400, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

**No. 69457.**—Edwin Jay *v.* United States, protest 61/4138 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C. D. 2180), the claim of the plaintiff was sustained.

**No. 69458.**—K. J. Shaw Company *v.* United States, protests 63/5015, etc. (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.

**No. 69459.**—Castelazo & Associates and Amthor Imports et al. *v.* United States, protests 63/10367, etc. (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

No. 69460.—W. H. S. Lloyd Co., Inc., et al. *v.* United States, protests 64/2199, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiffs was sustained.

JULY 22, 1965

No. 69461.—Sol Kahaner & Bro. *v.* United States, protest 64/18361. Protest abandoned May 21, 1965. (Not published.) (Initial No. 240205–K.) Plaintiff's application for rehearing granted.

JULY 19, 1965

No. 69462.—APPEAL 5179.—United States *v.* Superwood Corporation.—

—C.D. 2443 affirmed May 6, 1965. C.A.D. 858.

No. 69463.—APPEAL 5180.—United States *v.* Lipman's.—

—C.D. 2444 affirmed May 6, 1965. C.A.D. 859.

JULY 21, 1965

No. 69464.—APPEAL 5202.—United States *v.* Motorola, Inc., and International Expediters, Inc.—

Appeal dismissed June 4, 1965.

BEFORE THE FIRST DIVISION, JULY 26, 1965

No. 69465.—Moldex Co. *v.* United States, protests 63/7831, etc. (New York).